MELANIE A. HILL, ESQ.
NV Bar # 8796
Law Office of Melanie Hill
9345 W. Sunset Road, Suite 100
Las Vegas, Nevada 89148
Tel: (702) 362-8500
Fax: (702) 362-8505
Melanie@MelanieHillLaw.com
Attorney for Defendant Scott Friedman

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>SCOTT FRIEDMAN,<br><br>            Defendant | CASE NO.: 2:14-CR-298-LRH-CWH<br><br>**DEFENDANT SCOTT FRIEDMAN'S MOTION TO EXONERATE PR BOND [DKT 27]** |

    The defendant, Scott Friedman, by and through his appointed counsel of record, Melanie Hill with the Law Office of Melanie Hill, moves this Honorable Court for an order exonerating his PR Bond [Dkt 27] entered on September 15, 2014 because the Criminal Indictment was dismissed against all of the defendants on September 27, 2016 and this case was closed.

    DATED this 3rd day of October, 2016.

IT IS SO ORDERED.
Dated: October 4, 2016

_____
United States Magistrate Judge

LAW OFFICE OF MELANIE HILL

By: /s/ Melanie A. Hill
Melanie A. Hill
NV Bar # 8796
9345 W. Sunset Road, Suite 100
Las Vegas, Nevada 89148
Tel.: (702) 362-8500
Fax: (702) 362-8505
Melanie@MelanieHillLaw.com
Attorney for Defendant Scott Friedman

1